STATE of Missouri, Respondent,

v.

Vernon D. IMGARTEN, Appellant.

No. WD 40408.

Missouri Court of Appeals,
Western District.

Nov. 29, 1988.

Allan D. Seidel, Trenton, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
TURNAGE and COVINGTON, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated—third offense, § 577.010, RSMo 1986, and sentence of confinement in county jail for one year.

JUDGMENT AFFIRMED. Rule 30.-25(b).